UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| HERITAGE FOUNDATION, *et al.*,<br>    Plaintiffs,<br><br>v.<br><br>U.S. SECURITIES AND EXCHANGE COMMISSION,<br>    Defendant. | Civil Action No. 23-0238 (CKK) |

**ORDER**
(March 1, 2023)

This case comes before the Court upon the filing of Defendants' [5] Answer to Plaintiff's [1] Complaint. In light of this filing, it is this 1st day of March, 2023, hereby

**ORDERED** that the parties shall MEET AND CONFER and file a Joint Status Report proposing a schedule for proceeding in this matter. The schedule should address the status of Plaintiff's FOIA request, the anticipated number of documents responsive to Plaintiff's FOIA request, the anticipated date(s) for release of the documents requested by Plaintiff, whether a motion for an *Open America* stay is likely in this case, whether a *Vaughn* index will be required in this case, etc. The parties shall file the schedule not later than **March 29, 2023**.

**SO ORDERED.**

_____
COLLEEN KOLLAR-KOTELLY
United States District Judge