IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| HERITAGE FOUNDATION, and<br>MIKE HOWELL,<br><br>        Plaintiffs,<br>   v.<br><br>U.S. SECURITIES AND EXCHANGE<br>COMMISSION,<br><br>        Defendant. | )<br>)<br>)<br>)<br>) Case No. 23-cv-00238-CKK<br>)<br>)<br>)<br>)<br>) |

**JOINT STATUS REPORT**

Pursuant to the Court's March 29, 2023 Minute Order, Plaintiffs Heritage Foundation and Mike Howell ("Plaintiffs") and Defendant U.S. Securities and Exchange Commission ("SEC"), by and through undersigned counsel, hereby provide the following joint status report.

1. This is an action seeking the production of records from the SEC under the Freedom of Information Act ("FOIA"), 5 U.S.C. § 552. Plaintiffs filed their complaint on January 27, 2023. The SEC filed its answer on March 1, 2023. The parties filed a Joint Status Report on March 29, 2023 advising the Court that they were actively meeting and conferring on Plaintiffs' FOIA request. The Court ordered the parties to file a status report on or before June 27, 2023.

2. Plaintiffs' June 22, 2022 FOIA request seeks the production of nine (9) categories of records regarding the SEC's proposed rule, "The Enhancement and Standardization of Climate-Related Disclosures for Investors." Since the last status report, at Plaintiffs request, the SEC has informed Plaintiffs that it has identified 44 custodians "who had substantial and ongoing involvement with the proposed climate disclosure rule." The SEC also informed

Plaintiffs that it has identified approximately 118.18 gigabytes of emails and attachments that *may* be responsive to the FOIA request, which is equivalent to approximately 235,000 documents. The SEC further informed Plaintiffs that due to the volume of potentially responsive documents to review, absent substantial narrowing of the FOIA request, the SEC would need to process the FOIA request in its Complex track. In response, Plaintiffs informed the SEC that they wish to proceed with processing of the FOIA request in the Complex track.

3. Plaintiffs have noted that the SEC *should* already be processing much of this material in response to several lawful (and justified) Congressional oversight requests most notably from the Chairman of the House Financial Services Committee and the Ranking Member of the Senate Banking Committee. Therefore, Plaintiffs' position is that their FOIA request is largely supplementary to what should be an on-going process. Or put differently, Plaintiffs argue that most of these records *should* already be in processing at least as to search and responsiveness as a matter of priority given the respect for a coordinate branch of government the accommodation's process demands even under the opinions of the Office of Legal Counsel.

4. Given the above, the SEC will need to move the Court under *Open America v. Watergate Special Prosecution Force*, 547 F.2d 605 (D.C. Cir. 1976), to request a stay of the litigation so that the SEC can process Plaintiffs' FOIA request in its Complex track. The parties have conferred about a schedule for the *Open America* briefing and, after considering counsels' summer travel schedules, propose the following deadlines:

- SEC's deadline to file Motion Requesting a Stay – **August 15, 2023**
- Plaintiff's deadline to file Opposition – **September 5, 2023**
- SEC's deadline to file a Reply – **September 19, 2023**

Plaintiffs reserve the right to seek to alter the schedule for its Opposition and Defendant's Reply if it becomes necessary to seek discovery on any arguments the SEC advances.

Dated:  June 27, 2023　　　　　　　　　　Respectfully submitted,

　　　　　　　　　　　　　　　　　　　　/s/ *Michael S. Bailey*
　　　　　　　　　　　　　　　　　　　　Michael S. Bailey
　　　　　　　　　　　　　　　　　　　　U.S. Securities and Exchange Commission
　　　　　　　　　　　　　　　　　　　　D.C. Bar No. 983676
　　　　　　　　　　　　　　　　　　　　100 F Street, NE
　　　　　　　　　　　　　　　　　　　　Washington, DC  20549-9612
　　　　　　　　　　　　　　　　　　　　Telephone: (202) 551-7428
　　　　　　　　　　　　　　　　　　　　Facsimile: (202) 772-9263
　　　　　　　　　　　　　　　　　　　　Email: BaileyM@sec.gov

　　　　　　　　　　　　　　　　　　　　*Counsel for U.S. Securities and Exchange Commission*


　　　　　　　　　　　　　　　　　　　　/s/ *Samuel Everett Dewey*
　　　　　　　　　　　　　　　　　　　　Samuel Everett Dewey
　　　　　　　　　　　　　　　　　　　　D.C. Bar No. 999979
　　　　　　　　　　　　　　　　　　　　Chambers of Samuel Everett Dewey, LLC
　　　　　　　　　　　　　　　　　　　　Telephone: (703) 261-4194
　　　　　　　　　　　　　　　　　　　　Email: samueledewey@sedchambers.com

　　　　　　　　　　　　　　　　　　　　*Counsel for Plaintiffs*