IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| HERITAGE FOUNDATION, and<br>MIKE HOWELL,<br><br>   Plaintiffs,<br> v.<br><br>U.S. SECURITIES AND EXCHANGE<br>COMMISSION,<br><br>   Defendant. | )<br>)<br>)<br>)<br>)   Case No. 23-cv-00238-CKK<br>)<br>)<br>)<br>)<br>) |

### DEFENDANT'S MOTION FOR SUMMARY JUDGMENT OR, IN THE ALTERNATIVE, TO STAY THE LITIGATION

Defendant U.S. Securities and Exchange Commission ("SEC") hereby moves for summary judgment under Federal Rule of Civil Procedure 56 in this Freedom of Information Act action. In the alternative, should the Court decline to grant summary judgment, the SEC moves for a stay of the litigation for 24 months pursuant to 5 U.S.C. § 552(a)(6)(C) and *Open America v. Watergate Special Prosecution Force*, 547 F.2d 605 (D.C. Cir. 1976). In support of this motion, the Court is respectfully referred to the accompanying memorandum of points and authorities, statement of material facts, and declarations of Raymond McInerney and Michael Bailey. A proposed order is also attached.

Pursuant to the Local Civil Rules, the undersigned counsel conferred with Plaintiffs' counsel in June 2023 about the *Open America* briefing, who represented that Plaintiffs oppose a stay of the litigation.

Dated: September 15, 2023  Respectfully submitted,

<div style="margin-left: 3em;">

*/s/ Michael S. Bailey*
Michael S. Bailey
U.S. Securities and Exchange Commission
D.C. Bar No. 983676
100 F Street, NE
Washington, DC  20549-9612
Telephone: (202) 551-7428
Facsimile: (202) 772-9263
Email: BaileyM@sec.gov

*Counsel for U.S. Securities and Exchange Commission*

</div>