**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA**

| | | |
|---|---|---|
| HERITAGE FOUNDATION, and MIKE HOWELL, | ) ) ) | |
| Plaintiffs, | ) ) | |
| v. | ) | Case No. 23-cv-00238-CKK |
| | ) | |
| U.S. SECURITIES AND EXCHANGE COMMISSION, | ) ) ) | |
| Defendant. | ) ) | |

**JOINT STATUS REPORT**

Pursuant to the Court's December 14, 2023, Order (Dkt. 13), Plaintiffs Heritage Foundation and Mike Howell ("Plaintiffs") and Defendant U.S. Securities and Exchange Commission ("SEC"), through undersigned counsel, write to advise the Court of the status of this litigation, in which Plaintiffs seek the release of records under the Freedom of Information Act ("FOIA"), 5 U.S.C. § 552.

In the last joint status report (Dkt. 23), the parties advised the Court that consistent with their agreement, the SEC was preparing a log to be produced to Plaintiffs that will provide some information about withheld intra- or inter-governmental emails where the substance of an email is exempt from release. The SEC produced this log on June 18, 2025, and Plaintiffs are in the process of reviewing it. Once Plaintiffs complete this review, they will confer with the SEC about next steps in this litigation. The parties will provide an update to the Court in the next status report, which they plan to file on or before August 29, 2025, as per the Court's December 14, 2023, Order.

Dated: June 30, 2025

Respectfully submitted,

/s/ *Michael S. Bailey*
U.S. Securities and Exchange Commission
D.C. Bar No. 983676
100 F Street, NE
Washington, DC  20549-9612
Telephone: (202) 551-7428
Facsimile: (202) 772-9263
Email: BaileyM@sec.gov
*Counsel for U.S. Securities and Exchange Commission*

/s/ *Samuel Everett Dewey*
D.C. Bar No. 999979
Chambers of Samuel Everett Dewey, LLC
Telephone: (703) 261-4194
Email: samueledewey@sedchambers.com
*Counsel for Plaintiffs*