**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLUMBIA**

|  |  |  |
|---|---|---|
| HERITAGE FOUNDATION, and | ) | |
| MIKE HOWELL, | ) | |
| | ) | |
| Plaintiffs, | ) | |
| v. | ) | Case No. 23-cv-00238-CKK |
| | ) | |
| U.S. SECURITIES AND EXCHANGE | ) | |
| COMMISSION, | ) | |
| | ) | |
| Defendant. | ) | |

## STIPULATION OF DISMISSAL

Plaintiffs Heritage Foundation and Mike Howell and Defendant U.S. Securities and

Exchange Commission, through undersigned counsel, hereby stipulate pursuant to Federal Rule of

Civil Procedure 41(a)(1)(A)(ii) that this action be dismissed with prejudice.  The parties will bear

their own fees and costs associated with this litigation.

Dated: August 28, 2025                                    Respectfully submitted,

/s/ *Samuel Everett Dewey*                          /s/ *Michael S. Bailey*
SAMUEL EVERETT DEWEY                      MICHAEL S. BAILEY
D.C. Bar No. 999979                                      Office of the General Counsel
Chambers of Samuel Everett Dewey, LLC    U.S. Securities and Exchange Commission
Telephone: (703) 261-4194                            D.C. Bar No. 983676
Email: samueledewey@sedchambers.com        100 F Street, NE
                                                                  Washington, DC  20549-9612
MAX TAYLOR MATHEU                            Telephone: (202) 551-7428
D.C. Bar No. 90019809                                  Facsimile: (202) 772-9263
Telephone: (727) 249-5254                            Email: BaileyM@sec.gov
Email: maxmatheu@outlook.com

*Counsel for Plaintiffs*                                    *Counsel for Defendant U.S. Securities and*
                                                                  *Exchange Commission*